1046

No. 93–8397. PARIS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93–1187. TORWICO ELECTRONICS, INC. v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ENERGY. C. A. 3d Cir. Motion of Kathryn R. Heidt for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–1276. UNITED STATES v. LEE. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–6134. GAY v. CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to amend petition for writ of certiorari granted. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

No. 93–6408. GOSCH v. TEXAS. Ct. Crim. App. Tex.;
No. 93–6937. CUMMINGS v. CALIFORNIA. Sup. Ct. Cal.;
No. 93–7441. JEFFERSON v. ZANT, WARDEN. Sup. Ct. Ga.;
No. 93–7620. JOHNSON v. TEXAS. Ct. Crim. App. Tex.;
No. 93–7635. VAN TRAN v. TENNESSEE. Sup. Ct. Tenn.;
No. 93–7681. MCHONE v. NORTH CAROLINA. Sup. Ct. N. C.;
No. 93–7759. SCHACKART v. ARIZONA. Sup. Ct. Ariz.;
No. 93–7958. BIBLE v. ARIZONA. Sup. Ct. Ariz.;
No. 93–7983. VILLEGAS LOPEZ v. ARIZONA. Sup. Ct. Ariz.;
No. 93–7986. ATWATER v. FLORIDA. Sup. Ct. Fla.;
No. 93–8009. CADE v. ALABAMA. Ct. Crim. App. Ala.; and
No. 93–8231. JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.